Domenico DeSantis, as Administrator, etc., of Alfred DeSantis, Deceased, Respondent, v. North American Brewing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Appellant, v. Madison Bond and Share Corporation, Inc., and Others, Defendants, and John J. Bell, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Benjamin Halpern, Plaintiff, v. Samuel I. Posen, Appellant. William Rosin, Defendant, and Reuben Posner, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Respondent, v. Joseph Sparaccio, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Gotthard Scheffel, Respondent, v. Anna Scheffel, Appellant.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Nicholas Vasilopulos, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Williams Steamship Company, Inc., Respondent, v. Junius H. Stone Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Macie Malachowski, Respondent, v. Shirbach Holding Corporation, Appellant, Impleaded with Others.— Order affirmed, 'with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of this order with notice of entry thereof upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry Farber, Respondent, v. Anna Kuppersmith and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Helen Moore, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis Brooks, Respondent, v. New York Cotton Exchange, Defendant, Impleaded with Herbert W. Bienenstok, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Alfred G. Tim, Appellant, v. Mary E. Butler, The Terrace Sash & Door Co., Inc., William Kaiser, Inc., and Felice Piccolo, Respondents.— Judgment affirmed, with costs to the respondents Mary E. Butler and The Terrace Sash & Door Co., Inc. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.